UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADRIAN URENA,<br><br>Defendant | Criminal No. 21cr10060<br><br>Violations:<br><br>Count One: Possession of False Papers to Defraud the United States<br>(18 U.S.C. § 1002)<br><br>Count Two: False Statements<br>(18 U.S.C. § 1001(a)(2)) |

INFORMATION

COUNT ONE
Possession of False Papers to Defraud the United States
(18 U.S.C. § 1002)

The United States Attorney charges:

On or about September 15, 2020, in Lawrence, in the District of Massachusetts, and elsewhere, the defendant,

ADRIAN URENA

did knowingly and with the intent to defraud the United States possess false, altered, forged, and counterfeited writings and documents for the purpose of enabling another, New England Tek, LLC, to obtain any sum of money from the United States and any agency thereof.

All in violation of Title 18, United States Code, Section 1002.

COUNT TWO
False Statements
(18 U.S.C. § 1001(a)(2))

The United States Attorney further charges:

On or about October 16, 2020, in Lawrence, in the District of Massachusetts, the defendant,

ADRIAN URENA,

knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is: that the false certificates that he presented to the U.S. Department of Defense, Defense Contract Management Agency on September 15, 2020 were not intended to be genuine.

All in violation of Title 18 United States Code, Section 1001(a)(2).

ANDREW E. LELLING
United States Attorney

By: _____
Evan D. Panich
Assistant U.S. Attorney

Date: February 22, 2021